UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3040 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER ON ORAL REQUEST |
| | ) | TO ENTER PLEA OF GUILTY |
| NOE GUSTAVO CHAVEZ LOYA, | ) | |
| | ) | |
| Defendant. | ) | |

The court has been informed at a conference call today between counsel for the government and counsel for the defendant and my chambers that the defendant asks to be permitted to enter a plea of guilty.

IT IS ORDERED that:

1. this case, insofar as it concerns this defendant, is removed from the trial docket based upon the request of the defendant;

2. a hearing on the defendant's anticipated plea of guilty is scheduled before the undersigned on November 21, 2006, at 10:00 a.m., in Courtroom No. 4, United States Courthouse, 100 Centennial Mall North, Lincoln, Nebraska;

3. on or before the date set for the plea proceeding, counsel for the plaintiff and for the defendant shall provide to the assigned probation officer their respective versions of the offense for purposes of preparing the presentence investigation report;

4. the court finds that the interests of the public and the defendant in a speedy trial are outweighed by the ends of justice in having counsel fully prepared and the defendant fully advised on the disposition of this matter. For this defendant the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act, to allow counsel and the defendant to finalize their plea agreement and the petition to enter

-2-

        a plea of guilty, submit them to the court, and prepare their respective versions of the offense for submission at the plea hearing. *See* 18 U.S.C. § 3161(h)(8)(A) and (B)(i) and (iv); and

5.    the defendant shall be present at this hearing.

Dated November 8, 2006.

                BY THE COURT

                s/ Warren K. Urbom
                United States Senior District Judge