IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3040 |
| v. | ) | |
| | ) | |
| NOE GUSTAVO CHAVEZ LOYA, | ) | |
| | ) | ORDER |
| Defendants. | ) | |
| | ) | |
| | ) | |

Upon defendant Loya's oral motion to enter a change of plea and request for change of plea hearing before the undersigned,

IT IS ORDERED,

1.   Defendant's change of plea hearing is scheduled before the undersigned on December 8, 2006 at 9:00 a.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska.

2.   For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

DATED this 17th day of November, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge