IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>   )<br>         Plaintiff,   )<br>   )<br>   v.   )<br>   )<br>NOE GUSTAVO CHAVEZ LOYA,   )<br>   )<br>         Defendants.  )<br>   ) | 4:06CR3040<br><br>ORDER |

Upon consideration of the defendant's motion to continue plea proceeding,

IT IS ORDERED, the motion, filing 91, is granted and the plea proceeding is continued until further order of the court.

DATED this 29th day of January, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge