IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3040-2 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| NOE GUSTAVO CHAVEZ LOYA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

    This matter comes before the Court on the plaintiff's Motion to Extend Deadline for Filing Response, filing 96.

    The Court, being advised in the premises, finds that the Motion should be granted. The plaintiff is given until February 2, 2007 to file a response to the defendant's Motion to Reopen and to Assert Objections to the Report and Recommendation Concerning Suppression Issues.

    Dated this 31st day of January, 2007.

                                                                          BY THE COURT

                                                                          s/ Warren K. Urbom
                                                                          United States Senior District Judge