IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3040 |
| | ) | |
| v. | ) | |
| | ) | |
| NOE GUSTAVO CHAVEZ LOYA, | ) | ORDER CONTINUING SENTENCING |
| | ) | HEARING |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the sentencing hearing for Noe Gustavo Chavez Loya is continued until further order of the court.

Dated June 22, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge