IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3040 |
| | ) | |
| v. | ) | |
| | ) | |
| NOE GUSTAVO CHAVEZ LOYA, | ) | ORDER SCHEDULING SENTENCING |
| | ) | HEARING |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that the sentencing hearing for the defendant Noe Gustavo Chavez Loya is scheduled to commence at 1:30 p.m. on July 9, 2007, in Courtroom No. 4, U.S. Courthouse, 507 U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present for the hearing.

    DATED this 25th day of June, 2007.

                                  BY THE COURT:

                                  s/ Warren K. Urbom
                                  United States Senior District Judge